UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLAS ALEXANDER NAPOLEON CHARLES,<br><br>                        Plaintiff,<br><br>      -against-<br><br>EXCESS TELECOM,<br><br>                        Defendant. | 24-CV-9181 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued June 9, 2025, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. See Fed. R. Civ. P. 11(a).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 17, 2025
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge