UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

NICOLAS ALEXANDER NAPOLEON
CHARLES,

                Plaintiff,

      -v.-

EXCESS TELECOM,

                Defendant.

</td><td>

24 Civ. 9181 (KPF)

</td></tr>
<tr><td>

NICOLAS A.N. CHARLES,

                Plaintiff,

      -v.-

T-MOBILE USA, INC. and ASSURANCE
WIRELESS,

                Defendants.

</td><td>

25 Civ. 702 (KPF)

</td></tr>
</table>

KATHERINE POLK FAILLA, District Judge:

In its September 11, 2025 Order, the Court set identical briefing schedules in the above-captioned cases for Defendants' anticipated motions to dismiss. (*See* Case No. 24 Civ. 9181, Dkt. #23; Case No. 25 Civ. 702, Dkt. #40). Defendants in both cases have complied with the schedule and filed their respective motions to dismiss on November 19, 2025. (*See* Case No. 24 Civ. 9181, Dkt. #28-29; Case No. 25 Civ. 702, Dkt. #43-44). According to the Court's September 11, 2025 Order, the deadline for Nicholas A.N. Charles, the Plaintiff in both cases, to oppose the motions was January 16, 2026. (*See* Case No. 24 Civ. 9181, Dkt. #23; Case No. 25 Civ. 702, Dkt. #40). To this date,

however, Plaintiff has not filed an opposition on the docket in either case. In light of Plaintiff's *pro se* status and in the interest of justice, the Court hereby ADJOURNS the deadline for Plaintiff's opposition in both cases to **February 20, 2026**. If Plaintiff does not respond by the new deadline, the Court will consider the motions to dismiss to be unopposed. If the Plaintiff does respond, Defendants in both cases shall file their respective replies on or before **March 6, 2026**.

In Case No. 25 Civ. 702, Plaintiff recently filed a proposed stipulation and order regarding the arbitration of claims against Defendant T-Mobile USA, Inc. ("T-Mobile"). (Dkt. #45). However, in its motion to dismiss, T-Mobile did not raise any issue related to arbitration. (*See* Dkt. #44). In addition, the Court notes that the proposed stipulation and order was never signed by counsel for T-Mobile. Because arbitration is irrelevant to T-Mobile's motion to dismiss, the Court hereby disregards Plaintiff's proposed stipulation and order.

SO ORDERED.

Dated:     January 28, 2026
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2